UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD L. BASKETT,

    Plaintiff,

  v.

STATE OF WASHINGTON *et al.*,

    Defendants.

Case No. C06-5130FDB

ORDER DENYING PENDING MOTIONS

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff was given leave to proceed *in forma pauperis.* Before the court are three motions filed by plaintiff between March 31st, 2006 and April 20th, 2006. Plaintiff asks for "clarification" of his own exhibits, appointment of a guardian ad litem, and for an injunction forcing prison officials to transfer him to a work camp. (Dkt. # 7, 8, and 9).

    The court found the complaint filed in this case to be deficient and has ordered plaintiff to file an amended complaint curing the defect if possible by May 26th, 2006. (Dkt. # 10).

    The "clarification" the plaintiff seeks is for this court to tell him who signed an order dealing with an in forma pauperis application in state court. (Dkt. # 7).

    Plaintiff's motions are **DENIED.**

ORDER

It is not the courts duty to interpret plaintiff's exhibits for him and the court is not a witness. Further, the court does not have an acceptable complaint before it at this time and will not consider motions for a guardian or motions for injunctive relief until such time as there is a viable complaint.

The Clerk is directed to send plaintiff a copy of this Order.

DATED this 3rd day of May, 2006.

/S/ J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge

ORDER