UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD L. BASKETT,

    Plaintiff,

  v.

STATE OF WASHINGTON *et al.*,

    Defendants.

Case No. C06-5130FDB

ORDER DENYING MOTION FOR CLARIFICATION

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff was given leave to proceed *in forma pauperis*. Before the court is a motion for clarification. (Dkt. # 13). Plaintiff does not seek "clarification" of any order issued by the court. Instead he attempts to argue the merits of his request for injunctive relief and tell the court why he feels he should be allowed to go to work camp. The court does not have an acceptable complaint before it and there is no liberty interest in remaining in a particular prison or in avoiding transfer. Nor does an inmate have a protected liberty interest in classification. Olim v. Wakinekona, 461 U.S. 238 (1983); Hewitt v. Helms, 459 U.S. 460 (1983): Meachum v. Fano, 427 U.S. 215 (1976) . Plaintiff's motion is **DENIED.**

The Clerk is directed to send plaintiff a copy of this Order.

DATED this 16th day of May, 2006.

            */S/ J. Kelley Arnold*
            J. Kelley Arnold
            United States Magistrate Judge

ORDER