1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
9                      AT TACOMA

10  RONALD BASKETT,

11         Plaintiff,

12     v.                                         Case No. C06-5130 FDB

13  STATE OF WASHINGTON,                          ORDER ADOPTING REPORT AND
                                                  RECOMMENDATION OF THE
14         Defendant.                             MAGISTRATE JUDGE AND
                                                  DISMISSING COMPLAINT
15

16   This matter comes before the Court on the Report and Recommendation of the Magistrate

Judge [Dkt. #15] that the complaint be dismissed, without prejudice, pursuant to 28 U.S.C. § 1915.

17   In March, 2006, Plaintiff filed this civil rights action alleging that he was unlawfully denied a

18  transfer to work camp, that the amounts of funds in his account is improper and that he is not being

19  properly medicated. As detailed by the Magistrate Judge, Plaintiff failed to connect any allegation to

20  a named defendant. Further, he has no liberty interest in transfer to any given facility. Hewitt v.

21  Helms, 459 U.S. 460 (1983). The magistrate Judge afforded Plaintiff an opportunity to file an

22  amended complaint and he has not done so, instead filing motions for clarification and "notice of

23  appeal" of the Magistrate Judge's Report and Recommendation.

24   The Court, having reviewed the Plaintiff's complaint, the Report and Recommendation, and

25

26  ORDER - 1

the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED WITHOUT PREJUDICE**;

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. J. Kelly Arnold..

DATED this 31st day of July, 2006.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2